UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILARIO CHILCHIL,

    Petitioner,

v.

BEN CURRY, warden,

    Respondent.

No. C 10-4799 SI (pr)

**ORDER**

    Petitioner's application to proceed <u>in forma pauperis</u> on appeal is GRANTED. (Docket # 7.)

    Petitioner's motion for reconsideration of the order of dismissal and/or the denial of the certificate of appealability is DENIED. (Docket # 6.) His argument that the court lacked subject matter jurisdiction to dismiss or deny the petition is frivolous.

    IT IS SO ORDERED.

DATED: April 21, 2011

                                              SUSAN ILLSTON
                                            United States District Judge